**Opinion issued February 10, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-14-00985-CV

### NO. 01-14-00986-CV

_____

## IN RE DAVID LANCASTER, Relator

---

### Original Proceeding on Petitions for Writ of Mandamus and Writ of Prohibition

---

## MEMORANDUM OPINION

Relator, David Lancaster, has filed petitions for a writ of mandamus and a writ of prohibition, requesting that this Court (1) direct respondent to vacate as void its orders awarding attorney's fees to real parties in interest and (2) prohibit respondent from "conducting any further hearings" or "entering any further orders

in cause 2013-05066."[1]  Relator also has filed a request to "withdraw" his petition for a writ of prohibition.

The Court construes relator's request to "withdraw" as a motion to dismiss his petition for a writ of prohibition. No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant the motion and dismiss relator's petition for a writ of prohibition. *Cf.* TEX. R. APP. P. 42.1(a)(1).

We deny relator's petition for a writ of mandamus. *See* TEX. R. APP. P. 52.3(k)(1)(A) (requiring relator to file order complained of or other document showing matter complained of), 52.7 (requiring relator to file mandamus record containing all documents material to claim for relief).[2]

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Lloyd.

---

[1]  The petitions identify the underlying case as *David Lancaster v. Barbara Lancaster*, Cause No. 2013-05066, in the 247th District Court of Harris County, Texas, the Honorable John Schmude presiding.

[2]  Relator's petition for a writ of mandamus names the Honorable Bonnie Hellums as the respondent; however, she no longer is the presiding judge of the 247th District Court. Accordingly, we substitute Judge Schmude for Judge Hellums as respondent. *See* TEX. R. APP. P. 7.2(a). Because relator has not provided an order or other document showing a decision by Judge Hellums, we will not abate this original proceeding for reconsideration by Judge Schmude. *See* TEX. R. APP. P. 2, 7.2(b); *In re Chuba*, No. 01-10-01152-CV, 2011 WL 846136, at *1 n.1 (Tex. App.—Houston [1st Dist.] Mar. 10, 2011, orig. proceeding) (mem. op.).